**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

| | | |
|---|---|---|
| **SCOTT EDWARD STINES,** | ) | |
| **Plaintiff,** | ) | **NO. 5:19-CV-00506-MAS** |
| **v.** | ) | **JUDGMENT** |
| **ANDREW SAUL, Commissioner of Social Security,** | ) | |
| **Defendant.** | ) | |

*** *** *** ***

Consistent with the contemporaneously entered Opinion & Order resolving the summary judgment cross-motions in this case, the Court **ORDERS** and **ADJUDGES** as follows:

1. The Court **REVERSES** the underlying agency decision;
2. The Court **REMANDS** this matter for further administrative proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g); and
3. The Court **STRIKES** this matter from its active docket.

This the 21st day of January, 2021.